IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| vs | CRIMINAL 12-0192CCC |
| 1) JULIO L. DE JESUS-GOMEZ, a/k/a "Julio Torta," "Julito," "July" | |
| 2) TANIA DE JESUS-GOMEZ | |
| 3) JULIA GOMEZ-CALCAÑO | |
| 4) JOSE SANTIAGO-GOMEZ, a/k/a "Joseito," "Joselito," "El Don" | |
| 5) EDWIN MONGE-PEÑA, a/k/a "Viejo" | |
| 6) EMMANUEL MOYANO-RODRIGUEZ, a/k/a "Memo" | |
| 7) ALEX GOMEZ-RAMOS, a/k/a "Alex Changuia" | |
| **8) LUIS A. SUAREZ-RIVERA**, a/k/a "Luis El Gordo," "Gordo Chiquita" | |
| 9) RUBEN MENDOZA-BONANO, a/k/a "Gugu," "Blanco," "El Bori" | |
| 10) TAHIRI MONTALVO | |
| 11) ALBERTO MARTINEZ-RODRIGUEZ, a/k/a "Cano" | |
| 12) CARLOS MARTINEZ-RODRIGUEZ, a/k/a "Carly," "Carlito El Buey/Matador" | |
| 13) JAVIER MORALES-ANDREU, a/k/a "Gadget," "Galle," "Pedro del Valle-Andino," "El Bori" | |
| 14) ROBERTO MORALES-RIVERA, a/k/a "Robert Abuela" | |
| 15) LUIS DANIEL RIVERA-PEREZ, a/k/a "Danny" | |
| 16) FERNANDO FUERTES-ROBINSON, a/k/a "Broco" | |
| 17) LUIS ROSS-DE LA CRUZ, a/k/a "Manco" | |
| 18) JOSE AVILA-JIMENEZ, a/k/a "Cheni" | |
| 19) JOSE M. PEREZ-LOPEZ, a/k/a "Cleto" | |
| 20) HECTOR DIAZ-MADERA, a/k/a "Flaquin" | |

CRIMINAL 12-0192CCC                    2

21) PABLO ORTIZ-CALZADA, a/k/a "Pablito," "Changuito," "Pablo El Prieto"

22) LUIS GOMEZ-RAMOS, a/k/a "Luis Moco," "Ely"

23) OMAR CAMACHO-ALMESTICA

24) GILBERTO TRINIDAD-ORTIZ, a/k/a "Gilbert"

25) LUIS RODRIGUEZ-GUZMAN, a/k/a "Chino"

26) CARLOS A. MATTA-PEÑA

27) WALESKA MATTA-CUEVAS, a/k/a "Wally," "Jenifer's Mom"

28) JENIFER LUGO-MATTA

29) MIGUEL VELAZQUEZ-RODRIGUEZ, a/k/a "Migue"

30) BENITO SANTIAGO-DE JESUS

31) ARMANDO GOMEZ-ORTIZ, a/k/a "Armandito"

32) ELIZABETH MEJILL-NEGRON, a/k/a "Liza"

33) ELIZABETH SANTIAGO-DE JESUS

34) SUBRIEL MATHEW-MATIAS

35) ALEX HENRY MATHEW, a/k/a "Memo"

36) ROBERTO C. VEGA-RIVERA, a/k/a "Bobby"

37) ANGEL MARTINEZ-RODRIGUEZ

38) ANDY GARCIA-MATHEW

39) OMAR QUIÑONEZ-GONZALEZ, a/k/a "Castor," "Velador," "Juan Omar"

40) STEVEN BURGOS-CASTRO

41) DOMINGO PEÑA-RIVERA, a/k/a "Bebe"

42) ABNER BELARDO-COLON

43) WALTER COGHEN-TORRES, a/k/a "Wacuco"

44) XAVIER FIGUEROA-ALVIRA, a/k/a "Chavo"

CRIMINAL 12-0192CCC                    3

45) RUBENCIO JAIME-COX

46) JUAN L. FUENTES-RIVERA,
a/k/a "Juaco," "Hermano"

47) ROSELYN SANTIAGO-DE JESUS

48) ANA C. CARRION-CRUZ, a/k/a "India"

49) YAMIL RIOS-CARRILLO

50) JORGE RIVERA

51) EMILIO MONGE-TORRES, a/k/a "Millo"

52) JOHN L. RIVERA-CRUZ

53) JOSE PORFIL, a/k/a "Cheito/Porfil"

Defendants

**ORDER**

Having considered the Report and Recommendation filed on April 24, 2014 (**docket entry 1241**) on a Rule 11 proceeding of defendant [8] Luis A. Suárez-Rivera before U.S. Magistrate-Judge Bruce J. McGiverin on April 24, 2014, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 24, 2014.  The **sentencing hearing is set for July 23, 2014 at 4:30 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g).  The

CRIMINAL 12-0192CCC                    4

party that raised the unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

    SO ORDERED.

    At San Juan, Puerto Rico, on June 20, 2014.


                S/CARMEN CONSUELO CEREZO
                United States District Judge